UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 3:11-00071-01 |
| WENDY STUBBLEFIELD, | ) | JUDGE ALETA A. TRAUGER |
| | ) | |
| Defendant, | ) | |
| | ) | |
| HEALTHCARE REALTY TRUST, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## MOTION FOR ENTRY OF DISPOSITION ORDER IN GARNISHMENT

The plaintiff, the United States of America, by counsel, Jerry Martin, United States Attorney for the Middle District of Tennessee, by the undersigned attorney, respectfully moves the Court to enter the Disposition Order in Garnishment in this matter pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205(c)(7). In support of this motion, the United States states:

1. An Application for Writ of Garnishment was filed by the United States of America on September 13, 2012, and a Writ of Garnishment directed to Garnishee was duly issued on September 14, 2011. The Garnishee accepted service by first class certified mail.

2. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to Defendant in the form of monies held in employment salary and wages.

3. The Defendant was served with a copy of the Writ of Garnishment and notified of her right to a hearing. The Defendant did not request a hearing.