UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 3:11-00071-01 |
| WENDY STUBBLEFIELD, | ) | JUDGE ALETA A. TRAUGER |
| | ) | |
| Defendant, | ) | |
| | ) | |
| HEALTHCARE REALTY TRUST, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

**DISPOSITION ORDER IN GARNISHMENT**

This matter is before the Court for consideration of the entry of a disposition order in garnishment pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §3205, against the non-exempt property of the Judgment Defendant, Wendy Stubblefield.

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to the Garnishee has been duly issued and served upon the Garnishee. (D.E. 4) Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to the Defendant in the form of employment salary and wages. (D.E. 7) The Defendant was served with a copy the Writ of Garnishment and notified of her right to a hearing. The Defendant did not request a hearing.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the property of the defendant, the Answer of the Garnishee, and noting that the defendant

did not request a hearing, now finds that the entry of a disposition order of garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee pay into the hands of the United States District Court Clerk, the identified monies belonging to the Defendant held in the form of employment salary and wages.

IT IS FURTHER ORDERED THAT the United States apply these monies to the unpaid balance of the judgment in this cause, giving the Defendant credit for same.

Checks should be made payable to:

U.S. DISTRICT COURT CLERK

and mailed to:

Clerk, U.S. District Court
United States Courthouse
801 Broadway, 8th Floor
Nashville, TN   37203

DATED:   12/4/12                         _____
                                          ALETA A. TRAUGER
                                          United States District Court Judge

Copies to:

Michael L. Roden
Assistant United States Attorney
United States Attorney's Office
110 9th Avenue South, Suite A-961
Nashville, TN   37203

Wendy Stubblefield
93 Weakley Lane
Apt 192
Smyrna, TN 37167-4341

Healthcare Realty Trust, Inc.
3310 West End Avenue
Suite 700
Nashville, TN 37203